IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                    Plaintiff,

      v.

DRAE BROADNAX,

                    Defendant.

ORDER

04-cr-139-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Drae Broadnax has moved under § 404 of the First Step Act for a reduction of his term of supervised release from four years to three years, which is the current mandatory minimum sentence for his offense. Reducing his sentence would mean that his term of supervised release would expire on or about January 19, 2021.

The government does not oppose the motion. Accordingly, the motion is GRANTED.

Entered this 14th day of January, 2021.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge